**KRASNER & LONG**
TRIAL ATTORNEYS

Lawrence S. Krasner, Esq.
Lloyd Long, III, Esq.
Brian M. Collins, Esq.
Elizabeth Hoffman, Esq.

Ronald Ervais, Esq., of counsel

1221 Locust Street
The Tiger Building
Philadelphia, PA 19107

Tel. 215.731.9500
Fax 215.731.9908

July 17, 2015

The Honorable Paul S. Diamond
Chambers
United States Courthouse
Suite 6613
601 Marked Street
Philadelphia, PA 19106-1797

*Advance courtesy copy sent via fax to 267.299.5069*

Re:   McGill v. Liciardello, *et al.*
      No. 12-5690 *and related cases*

Dear Judge Diamond:

I hope this finds you well. I write to advise the Court that counsel for the plaintiffs, the individual defendant officers, and the City of Philadelphia have chosen the following as potential bellwether cases, which we respectfully request be taken out of suspense. The parties are collectively requesting that 12 cases be taken out of suspense. We suggest that discovery be conducted on each, and during or at the end of the discovery period, the parties narrow the cases down to six for trial.

1) Westcott v. City of Philadelphia, *et al.*, 15-2964
2) Hintz v. City of Philadelphia, *et al.*, 15-1022
3) Flowers v. City of Philadelphia, *et al.*, 14-6356 (Plaintiff Patrina Mitchell only)
4) Torain v. City of Philadelphia, *et al.*, 14-1643
5) Layre v. City of Philadelphia, *et al.*, 13-1471
6) Guyon, *et al.* v. City of Philadelphia, *et al.*, 14-5834
7) Rollins v. Liciardello, *et al.*, 14-6836
8) Monroe v. Liciardello, *et al.*, 14-1752
9) Mills v. City of Philadelphia, *et al.*, 14-593
10) McIntyre v. Liciardello, *et al.*, 13-2773
11) Mills v. City of Philadelphia, *et al.*, 13-6184
12) Basara v. City of Philadelphia, *et al.*, 13-3583

Kindly note that cases 5, 10, and 12 are each plaintiffs from an incident in which each was arrested at the same scene on the same allegations. Accordingly, while the parties are requesting that twelve cases be taken out of suspense for discovery purposes, there are ten "incidents" comprising those twelve cases.

The parties recognize that we were ordered to mutually decide on six bellwether cases; we have chosen additional cases because we are cognizant that numerous issues may arise during the course of litigation that could cause us to rethink any individual case might not be representative of the bellwether criteria that we have discussed and utilized to select the aforementioned matters. We understand this model is common when a bellwether case approach is employed.

In the event that the Court wishes to further discuss this matter with counsel, we await further direction.

The parties appreciate the Court's consideration of our proposal. Please do not hesitate to contact me directly with any questions or concerns.

Sincerely,

*[signature]*

Lloyd Long III, Esq.

cc:  Armando Brigandi, Esq. (via email)
     Joseph Santarone, Esq. (via email)
     Alexandra Tucker, Esq. (via email)